UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEE JUSTICE RANSONE-BEY,<br><br>              Plaintiff,<br><br>     v.<br><br>ANNETTE MCMURTRAY, et al.,<br><br>              Defendants. | CASE NO. C16-0661-JCC<br><br>REPORT AND RECOMMENDATION |

Plaintiff Cee Justice Ransone-Bey filed a motion to proceed *in forma pauperis* (IFP) in this civil matter. (Dkt. 1.) However, plaintiff indicated no income, no sources of money, no cash on hand or in bank accounts, and no monthly expenses. By Order dated May 16, 2016, the Court directed plaintiff to file a completed IFP application, within twenty days of the date of the Order, providing complete and detailed financial status information. (Dkt. 3.) The Court indicated that, if plaintiff lacked any means of support, he should explain how he met basic monthly expenses, including food and shelter. (*Id.*) On May 27, 2016, the Court's Order was returned by the U.S. Postal Service as undeliverable. (Dkt. 4.)

Pursuant to Local Civil Rule 41(b)(2), plaintiff is required to keep the Court and opposing parties advised as to his current address. "If mail directed to a pro se plaintiff by the

REPORT AND RECOMMENDATION
PAGE - 1

clerk is returned by the Postal Service, . . . and if such plaintiff fails to notify the court and opposing parties within 60 days thereafter of his current . . . address, the court may dismiss the action without prejudice for failure to prosecute." LCR 41(b)(2).

In this case, more than sixty days have elapsed since the Court's letter to plaintiff was returned as undeliverable. Given this fact, and given plaintiff's failure to keep the Court and defendants apprised of his current mailing address, the Court recommends dismissal of this action without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

DATED this 17th day of August, 2016.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2