UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CEE JUSTICE RANSONE-BEY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANNETTE McMURTRAY, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C16-0661-JCC<br><br>ORDER DISMISSING CASE |

　　　The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, hereby ORDERS:

　　　(1)　The Report and Recommendation (Dkt. No. 5) is ADOPTED;

　　　(2)　Plaintiff's *in forma pauperis* application is STRICKEN and this case is DISMISSED without prejudice; and

　　　(3)　The Clerk shall send a copy of this order to Plaintiff.

　　　//
　　　//
　　　//
　　　//

ORDER DISMISSING CASE
PAGE - 1

DATED this 2nd day of September 2016.

	John C. Coughenour
	UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE
PAGE - 2